IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JARED WILLIAM BERG,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>SHERIFF JOHNNY WELTCHER,  )<br>Chatham County,  )<br>)<br>Respondent.  )<br>) | CASE NO. CV423-140 |

## O R D E R

Before the Court is the Magistrate Judge's May 24, 2023, Report and Recommendation, (Doc. 4), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 4.) Accordingly, Petitioner Jared William Berg's 28 U.S.C. § 2241 Petition is **DISMISSED WITHOUT PREJUDICE.** (Doc. 1.)

Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872, at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of July 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA