AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JARED WILLIAM BERG,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV423-140

SHERIFF JOHNNY WELTCHER,

Respondent,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant with the Order of this Court entered on July 11, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. The Petitioner's 28 U.S.C. § 2254 petition is dismissed without prejudice and this case stands closed

July 11, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020